516

734 A.2d 1284

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Hector LAUREANO–ALVARADO, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Joseph C. Madenspacher, District Attorney, Susan E. Moyer, Asst. District Attorney, District Attorney's Office, for Com.

James J. Karl, Chief Public Defender, Public Defender's Office, for Hector Laureano-Alvarado.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated November 9, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.